# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST J. HOOPENGARNER, : <br>     Petitioner, : <br> : <br>         v. : <br> : <br> SUPERINTENDENT : <br> FREDRICK FRANK, *et al.*, : <br>     Respondents. : | CIVIL ACTION NO. 97-CV-6192 |

## ORDER

**AND NOW**, this 24th day of February, 2020, in consideration of Petitioner Ernest J. Hoopengarner's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 50), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of jurisdiction for the reasons set forth in the Court's Memorandum accompanying this Order.

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c).

                        **BY THE COURT:**

                        *s/ J. Curtis Joyner*

                        **J. CURTIS JOYNER, J.**